THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL OLVIRA MORALES,<br><br>　　　　　　　　Defendant. | Case No. CR16-102RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |

THE COURT having considered the unopposed motion of the parties to extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1.　The Court finds that a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2.　The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure effective trial preparation.

IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. #11) is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later than May 19, 2016.

DATED this 3rd day of May, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE PRETRIAL MOTIONS DUE DATE - 1

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON  98101-2021
(206) 382-2900
FAX: (206) 382-2128