The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SAMUEL MORALES,<br><br>Defendant. | NO. CR16-102RSM<br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit B to the Government's Disposition Memorandum,

It is hereby ORDERED that Exhibit B to the Government's Disposition Memorandum, shall remain sealed.

DATED this 10th day of July, 2023.

[signature]
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

Order to Seal - 1
*United States v. Morales* / CR16-102RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970